UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLOYSIUS CROSS,

        Plaintiff,                               Case No. 2:12-CV-318

v.                                                Hon. Gordon J. Quist

CHARLES COOK, et al.,

        Defendants.
                               /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 3, 2105, which was served on the parties that same day. In that Report and Recommendation, Magistrate Judge Greeley recommends that Defendants' motion for summary judgment be granted in part and denied in part. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 3, 2105 (dkt. #16) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (dkt. # 11) is **GRANTED in part and DENIED in part**. Plaintiff's claims against Defendants Aston, MacLaren, Malette, and Olsen are **DISMISSED with prejudice**. The claims against Defendant Cook shall proceed.

Dated: February 25, 2015                                         /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE