UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLOYSIUS CROSS,

        Plaintiff,         Case No. 2:13-CV-318

v.         Hon. Gordon J. Quist

CHARLES COOK, et al.,

        Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 28, 2105. In that Report and Recommendation, Magistrate Judge Greeley recommends that Defendant's motion for summary judgment be granted. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed October 28, 2015 (dkt. #42) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (dkt. #40) is **GRANTED**. Plaintiff's claims are **DISMISSED with prejudice**.

This case is concluded.


Dated: November 30, 2015                 /s/ Gordon J. Quist
                                                     GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE